Date: 01/11/10  R# 149653  Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-12830 - JACOBS, BRENDA JOY

10 JAN 12 PM 1:15

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CK 1005 DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OHIO 43054-3025 | 000002 | 1,010.79 | 3.87 |
| CK 1006 Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306 | 000003 | 752.88 | 2.89 |
| CK 1008 PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000005 | 1,115.84 | 4.28 |
| CK 1010 AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 000008 | 327.46 | 1.26 |
| CK 1011 Recovery Management Systems Corporation<br>For GE Money Bank<br>dba DILLARD'S<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000009 | 86.88 | 0.33 |
| CK 1012 CLEVELAND ELECTRIC ILLUMINATING COMPANY<br>BANKRUPTCY DEPARTMENT<br>6896 MILLER ROAD SUITE 204<br>BRECKSVILLE, OHIO 44141<br>(10-1) ELECTRIC SERVICE | 000010 | 488.66 | 1.87 |
| ---------- Remittance Total --------------- | | 3,782.51 | 14.50 |

*Mary Ann Rabin*
MARY ANN RABIN, Trustee

COURT1  Printed: 01/11/10 09:25 AM  Ver: 15.06

08-12830-pmc    Doc 32    FILED 01/12/10    ENTERED 01/12/10 14:48:11    Page 1 of 1